IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv307

| | |
|---|---|
| **UNITED COMMUNITY BANK,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| **JORGE ANGARITA, ARMANDO G. ARMAS, JOSE G. BELTRAN, ALINA BOYD, PRECIOUS BROOKS, LUTHER T. ELLIS, TISA T. ELLIS, MARTHA G. ESPARRAGOZA, NESTOR ESPARRAGOZA, FOLAYELE F. FAPOHUNDA, THOMAS L. FLYNN, HYVRON L. JEAN, LAWRENCE B. OGEDEGBE, WILSON O. OLUREMI, ADEYOLA OWOLADE, MICHAEL PENA, SALLY PENA, ADEKUNLE G. ROGERS, RAFEL A. UBEDA, GLEN B. WARRINGTON and RENEE E. WARRINGTON,** | ) |
| | ) |
| Respondents. | ) |

## DEFAULT JUDGMENT

In accordance with the Decision and Order entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment is entered in favor of United Community Bank and against Jorge Angarita in the amount of Three Hundred Thirty-One Thousand

One Hundred Ninety-Five Dollars and Thirteen Cents ($331,195.13), together with costs and interest from the date of Judgment;

2. Judgment is entered in favor of United Community Bank and against Armando G. Armas in the amount of Two Hundred Fifty-Four Thousand Six Hundred Five Dollars and Fourteen Cents ($254,605.14), together with costs and interest from the date of Judgment;

3. Judgment is entered in favor of United Community Bank and against Jose G. Beltran in the amount of One Hundred Fifty-One Thousand Five Hundred Forty Dollars and Fifty-Seven Cents ($151,540.57), together with costs and interest from the date of Judgment;

4. Judgment is entered in favor of United Community Bank and against Alina Boyd in the amount of One Hundred Forty-Six Thousand Five Hundred Seventy-Five Dollars and Thirty-One Cents ($146,575.31), together with costs and interest from the date of Judgment;

5. Judgment is entered in favor of United Community Bank and against Precious Brooks in the amount of Ninety-Four Thousand One Hundred Seventy-Three Dollars and Fifty-Six Cents ($94,173.56), together with costs and interest from the date of Judgment;

6. Judgment is entered in favor of United Community Bank and against

Luther T. Ellis and Tisa T. Ellis, jointly and severally, in the amount of Two Hundred Twenty-One Thousand Eight Hundred Fifty-Four Dollars and Seventy-Six Cents ($221,854.76), together with costs and interest from the date of Judgment;

7. Judgment is entered in favor of United Community Bank and against Martha G. Esparragoza and Nestor Esparragoza, jointly and severally, in the amount of Two Hundred Ninety-Seven Thousand Eleven Dollars and Seventy-Three Cents ($297,011.73), together with costs and interest from the date of Judgment;

8. Judgment is entered in favor of United Community Bank and against Folayele F. Fapohunda in the amount of Two Hundred Ninety Thousand Nine Hundred Seventy-One Dollars and Seventy-Eight Cents ($290,971.78), together with costs and interest from the date of Judgment;

9. Judgment is entered in favor of United Community Bank and against Wilson O. Oluremi in the amount of One Hundred Forty-Three Thousand Eight Hundred Sixty-Two Dollars and Forty-Eight Cents ($143,862.48), together with costs and interest from the date of Judgment;

10. Judgment is entered in favor of United Community Bank and against

Michael Pena in the amount of One Hundred Twenty-One Thousand Five Hundred Ten Dollars and Thirty-Eight Cents ($121,510.38), together with costs and interest from the date of Judgment;

11. Judgment is entered in favor of United Community Bank and against Sally Pena in the amount of One Hundred Ten Thousand Eight Hundred Twenty-Seven Dollars and Eighty Cents ($110,827.80), together with costs and interest from the date of Judgment;

12. Judgment is entered in favor of United Community Bank and against Rafael A. Ubeda in the amount of Two Hundred Twenty-Five Thousand Thirty Dollars and Sixty-Two Cents ($225,030.62), together with costs and interest from the date of Judgment; and

13. Judgment is entered in favor of United Community Bank and against Glen B. Warrington and Renee E. Warrington, jointly and severally, in the amount of Five Hundred Seventy-Six Thousand Seven Hundred Thirty-Three Dollars and Fifty Cents ($576,733.50), together with costs and interest from the date of Judgment.

Signed: July 12, 2010

Martin Reidinger
United States District Judge