# United States District Court
# For The Western District of North Carolina
# Asheville Division

United Community Bank,

        Plaintiff,                              JUDGMENT IN A CIVIL CASE

vs.                                              1:09-cv-00307

Thomas L. Flynn, Hyvron L. Jean,
Adeyola Owolade, Adekunle G. Rogers and
Lawrence Ogedegbe,

        Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/19/2010 Text-Only Order.

                                                    FRANK G. JOHNS, CLERK

July 19, 2010

                                           s/Elizabeth J. Barton
                         BY: _____
                                           Elizabeth J. Barton, Deputy Clerk