# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:09cv307

| | |
|---|---|
| **UNITED COMMUNITY BANK,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **JORGE ANGARITA, ARMANDO G. ARMAS,** | ) |
| **JOSE G. BELTRAN, ALINA BOYD, PRECIOUS** | ) |
| **BROOKS,MARTHA G. ESPARRAGOZA,** | ) |
| **NESTOR ESPARRAGOZA, FOLAYELE F.** | ) |
| **FAPOHUNDA,THOMAS L. FLYNN,** | ) |
| **HYVRON L. JEAN, LAWRENCE B. OGEDEGBE,** | ) |
| **WILSON O. OLUREMI, ADEYOLA OWOLADE,** | ) |
| **MICHAEL  PENA, SALLY PENA, ADEKUNLE G.** | ) |
| **ROGERS,  RAFEL A. UBEDA, GLEN B.** | ) |
| **WARRINGTON andRENEE E. WARRINGTON,** | ) |
| | ) |
| **Respondents.** | ) |
| | ) |
| _____ | ) |

## AMENDED DEFAULT JUDGMENT

In accordance with the Decision and Order [Doc. 31] entered on July 13,

2010, and the Order entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.  Judgment is entered in favor of United Community Bank and against Jorge Angarita in the amount of Three Hundred Thirty-One Thousand One Hundred Ninety-Five Dollars and Thirteen Cents ($331,195.13), together with costs and interest from the date of Judgment;

2.  Judgment is entered in favor of United Community Bank and against Armando G. Armas in the amount of Two Hundred Fifty-Four Thousand Six Hundred Five Dollars and Fourteen Cents ($254,605.14), together with costs and interest from the date of Judgment;

3.  Judgment is entered in favor of United Community Bank and against Jose G. Beltran in the amount of One Hundred Fifty-One Thousand Five Hundred Forty Dollars and Fifty-Seven Cents ($151,540.57), together with costs and interest from the date of Judgment;

4.  Judgment is entered in favor of United Community Bank and against Alina Boyd in the amount of One Hundred Forty-Six Thousand Five Hundred Seventy-Five Dollars and Thirty-One Cents ($146,575.31), together with costs and interest from the date of Judgment;

5.  Judgment is entered in favor of United Community Bank and against Precious Brooks in the amount of Ninety-Four Thousand One Hundred Seventy-Three Dollars and Fifty-Six Cents ($94,173.56), together with

costs and interest from the date of Judgment;

6. Judgment is entered in favor of United Community Bank and against Martha G. Esparragoza and Nestor Esparragoza, jointly and severally, in the amount of Two Hundred Ninety-Seven Thousand Eleven Dollars and Seventy-Three Cents ($297,011.73), together with costs and interest from the date of Judgment;

7. Judgment is entered in favor of United Community Bank and against Folayele F. Fapohunda in the amount of Two Hundred Ninety Thousand Nine Hundred Seventy-One Dollars and Seventy-Eight Cents ($290,971.78), together with costs and interest from the date of Judgment;

8. Judgment is entered in favor of United Community Bank and against Wilson O. Oluremi in the amount of One Hundred Forty-Three Thousand Eight Hundred Sixty-Two Dollars and Forty-Eight Cents ($143,862.48), together with costs and interest from the date of Judgment;

9. Judgment is entered in favor of United Community Bank and against Michael Pena in the amount of One Hundred Twenty-One Thousand Five Hundred Ten Dollars and Thirty-Eight Cents ($121,510.38), together with costs and interest from the date of Judgment;

10. Judgment is entered in favor of United Community Bank and against Sally Pena in the amount of One Hundred Ten Thousand Eight Hundred Twenty-Seven Dollars and Eighty Cents ($110,827.80), together with costs and interest from the date of Judgment;

11. Judgment is entered in favor of United Community Bank and against Rafael A. Ubeda in the amount of Two Hundred Twenty-Five Thousand Thirty Dollars and Sixty-Two Cents ($225,030.62), together with costs and interest from the date of Judgment;

and

12. Judgment is entered in favor of United Community Bank and against Glen B. Warrington and Renee E. Warrington, jointly and severally, in the amount of Five Hundred Seventy-Six Thousand Seven Hundred Thirty-Three Dollars and Fifty Cents ($576,733.50), together with costs and interest from the date of Judgment.

Signed: October 18, 2010

Martin Reidinger
United States District Judge