# United States District Court
# For The Western District of North Carolina
# Asheville Division

UNITED COMMUNITY BANK,

       Petitioner,                            JUDGMENT IN A CIVIL CASE

vs.                                              1:09cv307

LUTHER T. ELLIS AND
TISA T. ELLIS,

       Respondents.

DECISION BY COURT. This action having come before the Court on United Community Bank's Motion to Dismiss Respondents Luther T. Ellis and Tisa T. Ellis without Prejudice and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/18/10 Order.

                                                Signed: October 18, 2010

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court